**Order entered February 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01213-CR

**JESSICA RUIZ ESPINOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-83192-2013**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) counsel's explanation for the delay in filing appellant's brief; and (3) counsel represented that appellant's brief would be filed by March 9, 2015.

We **ORDER** appellant to file her brief by **FRIDAY, MARCH 13, 2015**. Because the brief is already two months overdue, no further extensions will be granted.

/s/    ADA BROWN
         JUSTICE